United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Isaac Feldman, Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) Civil Action No. 21-21284-Civ-Scola |
| United States of America, | ) |
| Respondent. | ) |

### Order Adopting Magistrate Judge's Report and Recommendation

This case was referred to United States Magistrate Judge Jonathan Goodman for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. (ECF No. 3.) Judge Goodman held an evidentiary hearing on October 5, 2021, and thereafter, on December 7, 2021, issued a report, recommending that the Court deny Petitioner Isaac Feldman's 28 U.S.C. § 2255 federal habeas petition. (Report of Mag. J., ECF No. 19.) Feldman has filed a notice, waiving his right to object to Judge Goodman's report and recommendations. (Pet'r's Not., ECF No. 20.)

The Court has considered Judge Goodman's report, the record, and the relevant legal authorities. The Court finds Judge Goodman's report and recommendation cogent and compelling: Feldman has failed to meet his burden of establishing that his trial counsel was constitutionally ineffective, thus warranting denial of his habeas petition.

The Court thus **affirms and adopts** Judge Goodman's report and recommendation (**ECF No. 19**), denying Feldman's motion to vacate under 28 U.S.C. § 2255 (ECF No. 1). The Clerk is directed to **close** this case. Any pending motions are denied as moot.

**Done and ordered**, at Miami, Florida, on December 14, 2021.

Robert N. Scola, Jr.
United States District Judge